**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| NATHAN SILVA, Derivatively on Behalf of Nominal Defendant DOLLAR GENERAL CORPORATION, | ) | Case No. 3:24-cv-00083 |
| Plaintiff, | ) | Judge Aleta A. Trauger |
| v. | ) | Consolidated with: Case No. 3:24-cv-00093 Case No. 3:24-cv-00117 |
| TODD J. VASOS, et al., | ) | by Order dated April 2, 2024 |
| Defendants, | ) | |
| and | ) | |
| DOLLAR GENERAL CORPORATION, | ) | |
| Nominal Defendant. | ) | |

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Nathan Silva ("Plaintiff") voluntarily dismisses his claims in the above-captioned action (the "Action") without prejudice. Because this Notice of Voluntary Dismissal is being filed with the Court before Defendants have served either an answer or a motion for summary judgment, Plaintiff's dismissal of his claims in the Action is effective upon the filing of this notice.



Case 3:24-cv-00083 Document 32 Filed 04/15/24 Page 1 of 2 PageID #: 172

Dated: April 15, 2024

Respectfully submitted,

/s/ Wade B. Cowan

Wade B. Cowan (SC#9403)
P.O. Box 50617
Nashville, Tennessee 37205
Telephone: 615-390-6652
Email: wcowan@dhhrplc.com

Of Counsel:

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516

**GRABAR LAW OFFICE**
Joshua H. Grabar, Esq.
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085