UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATHAN SILVA, Derivatively on Behalf of DOLLAR GENERAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TODD J. VASOS, MICHAEL CALBERT, WARREN BRYANT, ANA CHADWICK, PATRICIA FILI-KRUSHEL, TIMOTHY MCGUIRE, DAVID ROWLAND, DEBRA SANDLER, RALPH SANTANA, WILLIAM RHODES, III, KELLY M. DILTS, JEFFREY C. OWEN, AND JOHN W. GARRATT,<br><br>Defendants,<br><br>-and-<br><br>DOLLAR GENERAL CORPORATION, a Tennessee Corporation,<br><br>Nominal Defendant. | Case No. 3:24-cv-00083 (consolidated with Case Nos. 3:24-cv-00093 and 3:24-cv-00117)<br><br>Judge Aleta A. Trauger |

**NOTICE OF FILING**

Plaintiffs Terry Dunn and Kathryn A. Caliguiri Inh Ira Bene of Catherine Sugarbaker ("Plaintiffs"), by and through their counsel, respectfully file the attached [Proposed] Order to Plaintiffs' Unopposed Motion to Reopen Case (Dkt. No. 33).

Dated: April 22, 2024

Respectfully submitted,

**HERZFELD SUETHOLZ GASTEL LENISKI and WALL PLLC**

*/s/ Joe P. Leniski, Jr.*
JOE P. LENISKI, JR. (BPR No. 22891)
TRICIA HERZFELD (BPR No. 26014)
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
Facsimile: (615) 994-8625

joey@hsglawgroup.com
tricia@hsglawgroup.com

*Attorneys for Plaintiffs Terry Dunn and Kathryn A. Caliguiri Inh Ira Bene of Catherine Sugarbaker*

**ROBBINS LLP**
BRIAN J. ROBBINS*
STEPHEN J. ODDO*
ERIC M. CARRINO*
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsllp.com
soddo@robbinsllp.com
ecarrino@robbinsllp.com

*Attorneys for plaintiff Terry Dunn*

**LEVI & KORSINSKY, LLP**
Gregory Mark Nespole*
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
gnespole@zlk.com

*Attorneys for Plaintiff Kathryn A. Caliguiri Inh Ira Bene of Catherine Sugarbaker*

*admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2024, the foregoing NOTICE OF FILING was filed electronically and served via the Court's electronic case filing system to:

Wade B. Cowan
DAVIES, HUMPHREYS, HORTON & REESE, PLC
P.O. Box 50617
Nashville, TN 37205-0617
Tel.: (615) 256-8125
(615) 242-7853 (fax)
wcowan@dhhrplc.com

Elizabeth O. Gonser
Milton S. McGee , III
Steven Allen Riley
RILEY, WARNOCK & JACOBSON
1906 West End Avenue
Nashville, TN 37203
Tel.: (615) 320-3700
(615) 320-3737 (fax)
egonser@rjfirm.com
tmcgee@rjfirm.com
sriley@rjfirm.com

Peter E. Kazanoff
Amy L. Dawson
SIMPSON, THACHER & BARTLETT LLP
(NY Office)
425 Lexington Avenue
New York, NY 10017-3954
Tel.: (212) 455-2000
pkazanoff@stblaw.com
amy.dawson@stblaw.com

Seth D. Rigrodsky
RIGRODSKY & LONG, P.A.
919 N Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
(302) 654-7530 (fax)
sdr@rigrodskylong.com

*/s/ Joe P. Leniski, Jr.*
Joe P. Leniski, Jr.