UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NATHAN SILVA, Derivatively on Behalf of DOLLAR GENERAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TODD J. VASOS, MICHAEL CALBERT, WARREN BRYANT, ANA CHADWICK, PATRICIA FILI-KRUSHEL, TIMOTHY MCGUIRE, DAVID ROWLAND, DEBRA SANDLER, RALPH SANTANA, WILLIAM RHODES, III, KELLY M. DILTS, JEFFREY C. OWEN, and JOHN W. GARRATT,<br><br>Defendants,<br><br>-and-<br><br>DOLLAR GENERAL CORPORATION,<br><br>Nominal Defendant. | Case No. 3:24-cv-00083<br>(consolidated with Case Nos. 3:24-cv-00093 and 3:24-cv-00117)<br><br>Judge Aleta A. Trauger |

**ORDER GRANTING PLAINTIFFS TERRY DUNN AND KATHRYN A. CALIGUIRI INH IRA BENE OF CATHERINE SUGARBAKER'S MOTION TO APPOINT LEAD AND LIAISON COUNSEL**

The Court, having considered plaintiffs Terry Dunn and Kathryn A. Caliguiri Inh Ira Bene of Catherine Sugarbaker's ("Plaintiffs") Motion to Consolidate Related Derivative Actions and Appoint Lead and Liaison Counsel, and all papers and arguments in support thereto, and good cause appearing, **ORDERS** as follows:

1. Every pleading filed in this consolidated derivative action (the "Consolidated Derivative Action"), or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE DOLLAR GENERAL CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:24-cv-00083 (Consolidated with Case Nos. 3:24-cv-00093 & 3:24-cv-00117) |
| This Document Relates To: | |

2. The files of the Consolidated Derivative Action shall continue to be maintained in one file under Master Docket No. 3:24-cv-00083.

3. Lead Counsel for plaintiffs for the conduct of the Consolidated Derivative Action are:

ROBBINS LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
ERIC M. CARRINO
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsllp.com
soddo@robbinsllp.com
ecarrino@robbinsllp.com

4. Plaintiffs' Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments

in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

5. Plaintiffs' Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff except through plaintiffs' Lead Counsel.

6. Liaison Counsel for plaintiffs for the conduct of these consolidated actions is:

HERZFELD SUETHOLZ GASTEL
LENISKI and WALL PLLC
JOE P. LENISKI, JR.
TRICIA HERZFELD
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
Facsimile: (615) 994-8625
joey@hsglawgroup.com
tricia@hsglawgroup.com

7. Plaintiffs' Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

8. Defendants' counsel may rely upon all agreements made with any of plaintiffs' Lead Counsel, or other duly authorized representative of plaintiffs' Lead Counsel, and such agreements shall be binding on plaintiffs.

9. Unless otherwise altered, this Order shall apply to each derivative case arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to, or transferred to this Court.

10. When a case which properly belongs as part of *In re Dollar General Corporation Stockholder Derivative Litigation*, Master Docket No. 3:24-cv-00083, is hereafter filed in the Court

or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of *In re Dollar General Corporation Stockholder Derivative Litigation*, Master Docket No. 3:24-cv-00083, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

**SO ORDERED**.

HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on May 14, 2024, the foregoing [PROPOSED] ORDER GRANTING PLAINTIFFS TERRY DUNN AND KATHRYN A. CALIGUIRI INH IRA BENE OF CATHERINE SUGARBAKER'S MOTION TO APPOINT LEAD AND LIAISON COUNSEL was filed electronically and served via the Court's electronic case filing system to:

Wade B. Cowan
DAVIES, HUMPHREYS, HORTON & REESE, PLC
P.O. Box 50617
Nashville, TN 37205-0617
Tel.: (615) 256-8125
(615) 242-7853 (fax)
wcowan@dhhrplc.com

Gregory M. Nespole
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
(212) 363-7171 (fax)
gnespole@zlk.com

Seth D. Rigrodsky
RIGRODSKY & LONG, P.A.
919 N Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
(302) 654-7530 (fax)
sdr@rigrodskylong.com

Brian J. Robbins
Stephen J. Oddo
Eric M. Carrino
ROBBINS LLP
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
brobbins@robbinsllp.com
soddo@robbinsllp.com
ecarrino@robbinsllp.com

Elizabeth O. Gonser
Milton S. McGee , III
Steven Allen Riley
RILEY, WARNOCK & JACOBSON
1906 West End Avenue
Nashville, TN 37203
Tel.: (615) 320-3700
(615) 320-3737 (fax)
egonser@rjfirm.com
tmcgee@rjfirm.com
sriley@rjfirm.com

Peter E. Kazanoff
Amy L. Dawson
SIMPSON, THACHER & BARTLETT LLP
(NY Office)
425 Lexington Avenue
New York, NY 10017-3954
Tel.: (212) 455-2000
pkazanoff@stblaw.com
amy.dawson@stblaw.com

*/s/ Joe P. Leniski, Jr.*
JOE P. LENISKI, JR.