**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE DOLLAR GENERAL CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 3:24-cv-00083 (Consolidated with Case Nos. 3:24-cv-00093 & 3:24-cv-00117) |
| This Document Relates To:<br><br>All Actions. | |

**ORDER STAYING CONSOLIDATED DERIVATIVE ACTION AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

Pending before the Court is the Parties' Joint Motion For Limited Stay of Consolidated Derivative Action and to Continue the Initial Case Management Conference. Having considered the written submission of the Parties, the Court grants the Motion and **ORDERS** as follows:

1. This consolidated derivative action is hereby stayed pending the Court's ruling on defendants' anticipated motion to dismiss the putative securities class complaint in the case styled *Washtenaw County Employees' Retirement System v. Dollar General Corporation, et al*., Case No. 3:23-cv-01250 (the "Securities Action"), or until otherwise agreed to by the parties, but subject to each party's right (i) to move the Court to lift or extend the stay and (ii) to oppose such motions.

2. Defendants are not required to answer, move against, or otherwise respond to any current or subsequently filed complaint in this consolidated derivative action during the pendency of the stay.

3. Within thirty (30) days of the ruling on defendants' anticipated motion to dismiss the Securities Action, the parties shall meet and confer concerning a schedule for further proceedings in this consolidated derivative action.

4. The initial case management conference scheduled for June 11, 2024, at 2:00 p.m., is continued, to be reset, as needed, after the Court has ruled upon the motion to dismiss the complaint in the Securities Action.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE