**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JUSTIN POTTER, *Derivatively on Behalf of Dollar General Corporation*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 3:25-cv-980<br>Judge Trauger |
| DOLLAR GENERAL CORPORATION, ET AL., | ) | |
| Defendants. | ) | |

**ORDER**

Upon the reassignment of this case to Judge Trauger (Doc. No. 18), the reference to the Magistrate Judge is WITHDRAWN, and the initial case management conference scheduled before him on December 2, 2025 is CANCELLED.

This case is hereby CONSOLIDATED for all purposes with the lead case, Case No. 3:24-cv-83, and all future filings shall be made under the case number for the lead case.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge