**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

IN RE DOLLAR GENERAL CORPORATION
STOCKHOLDER DERIVATIVE LITIGATION

This Document Relates To:

All Actions.

Lead Case No. 3:24-cv-00083
(Consolidated with Case Nos. 3:24-cv-00093 & 3:24-cv-00117)

## ORDER TO EXTEND THE STAY OF THE CONSOLIDATED DERIVATIVE ACTION

Pending before the Court is the Parties' Joint Motion For Extension of Limited Stay of Consolidated Derivative Action. Having considered the written submission of the Parties, the Court GRANTS the Motion and **ORDERS** as follows:

1. The stay of this consolidated derivative action is hereby extended pending the Court's ruling on defendants' forthcoming motion to dismiss the third amended putative securities class action complaint in the case styled *Washtenaw County Employees' Retirement System v. Dollar General Corporation, et al*., Case No. 3:23-cv-01250 (the "Securities Action"), or until otherwise agreed to by the parties, but subject to each party's right (i) to move the Court to lift or extend the stay and (ii) to oppose such motions.

2. Defendants are not required to answer, move against, or otherwise respond to any current or subsequently filed complaint in this consolidated derivative action during the pendency of the stay.

3. Within thirty (30) days of the ruling on defendants' motion to dismiss the third amended complaint in the Securities Action, the parties shall meet and confer concerning a schedule for further proceedings in this consolidated derivative action.

IT IS SO ORDERED.

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE