Motion GRANTED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE DOLLAR GENERAL CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Lead Case No. 3:24-cv-00083<br>(Consolidated with Case Nos. 3:24-cv-00093 & 3:24-cv-00117) |

**JOINT MOTION TO CONTINUE LIMITED STAY OF CONSOLIDATED DERIVATIVE ACTION**

The parties respectfully move the Court to stay this consolidated derivative action through the October 26, 2026 deadline for plaintiffs to move for reconsideration or appeal the Court's September 25, 2026 ruling on the defendants' motion to dismiss the third amended complaint (the "Motion to Dismiss Decision) in the case styled *Washtenaw County Employees' Retirement System v. Dollar General Corporation, et al*., Case No. 3:23-cv-01250 (the "Securities Action").

The complaint in the Securities Action asserts federal securities claims arising under the Securities Exchange Act of 1934. On September 25, 2026, the Court granted the defendants' motion to dismiss the third amended complaint in the Securities Action and dismissed the case with prejudice. Case No. 3:23-cv-01250, Dkt. No. 119. Plaintiffs in the Securities Action have until October 23, 2026 to file a motion for reconsideration of the dismissal, or until October 26, 2026 to appeal the dismissal.

The parties have conferred regarding further proceedings in this action. The parties agree that while this derivative action asserts different claims for liability, it does involve some of the same parties and factual allegations as the Securities Action. Given the overlapping factual