UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE DOLLAR GENERAL CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Lead Case No. 3:24-cv-00083 (Consolidated with Case Nos. 3:24-cv-00093 & 3:24-cv-00117) |

## ORDER EXTENDING STAY OF CONSOLIDATED DERIVATIVE ACTION

Pending before the Court is the Parties' Joint Motion to Continue the Limited Stay of the Consolidated Derivative Action. Having considered the written submission of the Parties, the Court grants the Motion and **ORDERS** as follows:

1. The stay of this consolidated derivative action is hereby extended until October 26, 2026, the deadline for plaintiffs in the Federal Securities Action to appeal, or until otherwise agreed to by the parties, but subject to each party's right (i) to move the Court to lift or extend the stay and (ii) to oppose such motions.

2. Defendants are not required to answer, move against, or otherwise respond to any current or subsequently filed complaint in this consolidated derivative action during the pendency of the stay.

3. By November 30, 2026, the parties shall meet and confer concerning a schedule for further proceedings in this consolidated derivative action and submit the same to the Court or, alternatively, if a motion for reconsideration is filed or an appeal taken by plaintiffs in the Federal

Securities Action, advise the Court whether the parties agree that the limited stay should continue pending the outcome of any motion for reconsideration or appeal.

4. This Order will apply to each case subsequently filed in or transferred to this Court asserting the same or substantially similar claims as the claims asserted in this action.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE